FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Edwin N-M-N Rivera

Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION NO. 23-00293

SECTION SECT. T MAG. 1

versus

Chris Stinson
Madison County
Correction Medical
Staff

Print the full name of all defendants in this action.
DO NOT WRITE et al.

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )  No (X)

TENDERED FOR FILING

JAN 19 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   Defendants _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____
3. Docket Number _____
4. Name of judge to whom case was assigned _____
5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____

II. PLACE OF PRESENT CONFINEMENT: Terrebonne Parish Criminal Justice Complex

A. Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (X)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: Matter does not pertain to this jail so its out of their hands

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff.
(First - Middle - Last) Edwin Rivera
Prisoner Number 117764
Address 3211 Grand Caillou Rd Houma, LA 70363
Date of Birth 1-15-91
Date of Arrest _____
Date of Conviction N/A

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant **Chris Stinson** is employed as **the Warden** at **Madison Parish Correction Center**
Address for service: **500 East Green St. Tallulah, LA 71282**

C. Defendant **Med Staff Personnel** is employed as **Medical**
Address for service: **500 East Green St. Madison Parish Correctional Center, Tallulah, LA 71282**

D. Defendant _____ is employed as _____ at _____
Address for service: _____

E. Defendant _____ is employed as _____ at _____
Address for service: _____

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Warden Chris Stinson failed to instruct the medical staff to provide proper medical attention to me for my hand. I no longer have the use of my middle finger or my ring finger. I can only bend my fingers halfway the tips of those two fingers can't be

4

moved or flexed.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want proper financial compensation because without the use of my hand I can no longer work. I am asking for $500,000⁰⁰ to cover medical and life expenses.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 16 day of January, 2023.

Edwin Rueca
(Signature of Plaintiff)

10/2015

Edwin Rivera #117764
C/o TPCSC
Houma, LA 70363

18 JAN 2023 PM 2

Clerks Office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

NOT RESPONSIBLE
FOR CONTENTS
TERREBONNE PARISH
SHERIFF'S OFFICE